**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6126**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

DARRYL THOMAS SHIELDS,

          Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:05-cr-00254-TDS-1; 1:14-cv-00552-TDS-JEP)

Submitted: June 23, 2016          Decided: June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Thomas Shields, Appellant Pro Se. Terry Michael Meinecke, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Thomas Shields appeals the district court's order accepting the recommendation of the magistrate judge and denying Shields' Fed. R. Crim. P. 36 motion to correct a purported error in his presentence report. We have reviewed the record and discern no error in this ruling. Accordingly, we affirm the district court's order. See United States v. Shields, Nos. 1:05-cr-00254-TDS-1; 1:14-cv-00552-TDS-JEP (M.D.N.C. Dec. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2